

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*
*Patrick Henry Building*
*601 D Street N.W.*
*Washington, D.C.  20530*

October 16, 2023

VIA Electronic Mail

Manager, Subpoena Compliance
Sprint Corp.
6480 Sprint Parkway
Overland Park, KS  66251

      Re: U.S. v. Isreal Easterday
        Crim. No. 22-CR-00404
        Trial Subpoena No. TR20231011108344

Dear Sprint Corp.:

  Enclosed is a trial subpoena that requires your appearance in the U.S. District Court for the District of Columbia in connection with the trial of the above-referenced case.  The subpoena directs you to appear on **10/23/2023** before Judge Boasberg in Courtroom **#25A** at **9:00 AM**.  The subpoena also requires you to appear with the requested records as described in the attached subpoena. Alternatively, you may comply with the subpoena by e-mailing the records to the listed FBI agent, along with a completed "Declaration of Custodian of Records" form (enclosed).

  If you need the United States Attorney's Office to arrange your travel and accommodations, please contact our Witness Coordinator, Tonya Jones, at (202) 252-7133, or by email at TONYA.JONES@USDOJ.GOV.  Please call me immediately if there are any scheduling problems.

  We appreciate your cooperation in this matter.  If you have any questions, please contact this office at the number below.

              Sincerely,

              Matthew M. Graves
              United States Attorney

            By: */s/ Michael Gordon*

              Michael Gordon
              Assistant United States Attorney
              813-274-6370

AO 89 (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Isreal Easterday | ) | Case No. 22-CR-00404 |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Manager, Subpoena Compliance
Sprint Corp.
6480 Sprint Parkway
Overland Park, KS  66251

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse for the District of Columbia 333 Constitution Avenue, N.W, Washington, D.C. 20001 | Courtroom No.: 25A |
|---|---|
| | Date and Time: Monday, October 23, 2023 at 9:00 AM |

You must also bring with you the following documents, electronically stored information, or objects:

**SEE ATTACHMENT**

*(SEAL)*

Date: October 11, 2023

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America
,_____ who requests this subpoena, are:

Michael Gordon, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street N.W.
Washington, DC  20530
Phone: 813-274-6370    Fax:
Email: michael.gordon3@usdoj.gov

Subpoena  #TR20231011108344
USAO #2022R01834
In re PVO:  18 U.S.C.§231
Preparer:  TJENNING

AO 89  (Rev. 08/09; DC 4/10) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  22-CR-00404

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Sprint Corp._____
was received by me on *(date)* _____.
_____

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or,_____

☐  I returned the subpoena unexecuted because: _____

_____
.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date: _____                                        _____
                                                                           *Server's signature*

                                                            _____
                                                                           *Printed name and title*

                                                            _____
                                                                           *Server's address*

Additional information regarding attempted service, etc.:

**SUBPOENA #TR20231011108344**

| U.S. Department of Justice | Request for Financial Information Under the Right to Financial Privacy Act (RFPA) |
|---|---|
| Washington, D.C. 20530 | (Authorization, Purchase Order and Receiving Report) |

This form shall be used when requesting financial records of individuals and partnerships of five or fewer individuals under the RFPA.

| 1 Tracking Number:<br>TR20231011108344 | 2 Date Order Prepared:<br>10/11/2023 | 3 USAO Number:<br>2022R01834 |
|---|---|---|

## Section A - Authorization and Purchase Order

| 4 Name and Address of Financial Institution:<br>**Manager, Subpoena Compliance**<br>**Sprint Corp.**<br>**6480 Sprint Parkway**<br>**Overland Park, KS  66251** | Funding Certification & Authorization: | A. _____<br>Budget Official Signature   Funding Available   Date<br><br>B. _____<br>Approving Official Signature                           Date |
|---|---|---|
| 5 Deliver Records To:<br>**Michael Gordon**<br>**601 D Street N.W.**<br>**Washington, DC  20530** | Send Completed USA-211 Form & Invoice To: | 6 Return Date<br>**10/23/2023** |

7 Remarks: Do not proceed with compliance if the total cost will exceed  $200.00  without prior approval. To obtain approval, call the requestor listed in Item 8.
If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment.  Please see attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor:<br>**Michael Gordon/TJENNING** | 9 Telephone Number:<br>**813-274-6370** | 10 Date of request:<br>**10/11/2023** |
|---|---|---|

## Section B - Financial Institution Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number:<br>11B Tax ID Number: | Quantity | Unit Price | | Amount |
|---|---|---|---|---|
| | | Cost | Per | |
| 11C Service(s)/Records Provided: | | | | |
| A. Searching and processing costs (clerical or technical personnel) | | $22.00 | Hour | |
| B. Searching and processing costs (management/supervisory personnel | | $30.00 | Hour | |
| C. Searching and processing costs (computer support specialist) | | $30.00 | Hour | |
| D. Reproduction Costs (Photocopying) - **Note: Copy charges will be disallowed if the information is stored electronically, unless the US Attorney's Office requests paper. | | $0.25 | Page | |
| E. Reproduction Costs (Paper Copies of Microfiche: provide justification) | | $0.25 | Frame | |
| F. Reproduction Costs (Duplicate Microfiche: provide justification) | | $0.50 | Microfiche | |
| G. Storage Media Cost (e.g., Compact Disc, DVD, etc., at Actual Cost) | | | | |
| H. Transportation Costs (Direct Costs Only) | | | | |

In Item #12, pursuant to 18 U.S.C. § 1001, I certify under penalty of perjury that, to the best of my knowledge, the services invoiced above (or in an invoice submitted along with this certification) accurately identify the actual quantities of hours, pages, and microfiche and that any other charges represent the actual costs of the services or goods being invoiced or, if actual costs cannot be identified, the charges represent good faith estimates of the actual or direct costs. I further certify under penalty of perjury that all services invoiced were not performed relative to corporate accounts and pertain only to accounts of

| 12 Signature of Financial Institution Official: | 13 Date Signed: | Total Amount Claimed By Financial Institution | |
|---|---|---|---|

## Section C - Receiving Report

| 14 I certify that the articles and services listed were received: | 15 Date Received: | 16 Disallowance (See Attached) | |
|---|---|---|---|
| | | 17 Net to Financial Institution | |

| 18 Right to Financial Privacy Act - Public Law 95-630<br>(12 U.S.C. 3401-3422) Request Pursuant To:   (*Check One Only*) | | | 19 Signature of Approving Official:          Date: |
|---|---|---|---|
| SECTION | | OBJECT CLASS | 20 Funding Source |
| ☐  3404 | Customer Authorization | 2545 | Accounting Code: |
| ☐  3405 | Administrative Subpoena or Summons | 2545 | |
| ☐  3406 | Search Warrant | 2545 | Program |
| ☒  3407 | Judicial Subpoena | 2545 | 21 Other Accounting/Fund Information: |
| ☐  3408 | Formal Written Request | 2545 | Program Code:          Project Code: |
| ☐  3413 | Grand Jury Subpoena | 2545 | YREGDOC: |
| ☐  3414 | Special Procedures | 2545 | Call Number (if applicable): |
| | | | OBL Month (YRMO): |
| 22 Remarks: | | | TAX ID Number: |

To the best of my knowledge, the financial records received, for which we are being billed, are those of an individual or partnership of five or fewer individuals.

Signature of United States Attorney's Office Representative                    Date

FORM USA-211
DEC. 2015

**SUBPOENA ATTACHMENT ISSUED TO:**
**Sprint Coporation**
**4 Sylvan Way**
**Parsippany, NJ 07054**
**Telephone: 1-566-537-0911**
**Fax: 1-816-600-3111**
e**-mail: lerinbound@t-mobile.com**

Please provide all records requested below from the date ranges **12/01/2020** at 12:00 a.m. to **07/01/2021** at 12:00 a.m.

- Telephone number: **270-366-5817**

- Billing and subscriber information to include name, address, payment method, email address, phone numbers and billing history, to include payments and payment methods, including full credit/debit card or bank account information.
- All available IP history logs.
- Local and long distance telephone toll records, including phone call, text message (SMS/MMS), or data usage.
- Any associated phone number or secondary e-mail address.

I**n lieu of personally appearing in court on the date indicated, you may comply with this trial subpoena by promptly providing the agent designated in the attachment with the requested records. If you choose to provide the requested records voluntarily, please provide them in a non-proprietary electronic format via e-mail, FedEx, UPS or DHL. Also enclosed please find a blank "Declaration of Custodian of Records" form. It may save time and costs if an appropriate person at your business could complete the form and return it with the records. A properly completed "Declaration of Custodian of Records" form will make it more likely that we could present the records at trial without requiring you or another employee to come to court and testify.**


**\*\* Where available, the requested records should be provided in electronic format or on CD/DVD to S.A. Andrew Martin, FBI, 1260 Eastland Street, Bowing Green, Kentucky 42104, or amartin4@fbi.gov**

PLEASE Read FIN-1 instructions before completing this form. Original and one copy required.

**BILL TO:** UNITED STATES ATTORNEY'S OFFICE - DISTRICT OF COLUMBIA
FINANCE SECTION, 601 D STREET N.W., WASHINGTON, D.C. 20530
202-252-1700

DCN (FINANCE use only) **If blank please call 202-252-1700**

C1

LP

## *ADVICE OF OBLIGATION / RECEIVING REPORT*

| 1. AUSA | 2. SUPPORT PERSON | 3. REQUESTING DIV | 4. TELEPHONE CONTACT | 5. USAO NUMBER | 6. GJ DATE |
|---|---|---|---|---|---|
| Michael Gordon | TJENNING | CRIMINAL DIVISION | 813-274-6370 | 2022R01834 | |

| 7. CASE NAME | 8. CASE NUMBER | 9. ACCOUNT TYPE | | 10. GJ NUMBER |
|---|---|---|---|---|
| | 22-CR-00404 | DIR O   OCDETF O   HCF O   AF O   ACE O | | |

| 11. ESTIMATED DELIVERY DATE | 12. EST. COST (If Over $3,000, MUST be submitted to PROCUREMENT SECT.) | 13. VENDOR NAME | 14. VENDOR TAX I.D. |
|---|---|---|---|
| 10/23/2023 | $75.00 | Sprint Corp.<br>6480 Sprint Parkway<br>Overland Park, KS  66251 | |

**15.  TYPE OF OBLIGATION**

| | | | |
|---|---|---|---|
| O TRANSCRIPT (Grand Jury)  (25225) | | O CONSULTANT  (25107/25LC) | |
| O TRANSCRIPT (Court)  (25225) | | ● LEGAL RESEARCH  (25213) | |
| O TRANSCRIPT (Deposition)  (25225) | | O CERTIFIED CONVICTION  (25213) | |
| O FILING (Copy Abstract of Title, Filing Document Required)  (25215) | | O OTHER (Specify below)  (25107) | |
| O STENOGRAPHY& INTERPRETER SERVICES  (25206) | | | |

| 16. TYPE OF TRANSCRIPT REQUESTED | 16a. For **Court Reporter requests** ONLY | 17. TRANSCRIPT TYPE | 18. TRANSCRIPT FORMAT |
|---|---|---|---|
| O REGULAR<br>O INTERMEDIATE<br>O DAILY (Approval Required) | O SPECIAL (Hourly – Approval Required)<br>O EXPEDITE (Approval Required)<br>O EXPRESS (Approval Required) (3 Days) | O COPY<br>O ORIGINAL<br>O TAPE | O FULL PAGE<br>O CONDENSED<br>O ELECTRONIC |

**19.  REQUESTED ITEM**

TR20231011108344

| 20. SIGNATURE OF REQUESTOR | 21. DATE | 22. APPROVED BY (Must have OBD-234 on File) | 23. DATE |
|---|---|---|---|
| Typed/Printed Name of Requestor | | Typed/Printed Name of Approving Official | |

| 24. FUNDS CERTIFICATION | 25. DATE | |
|---|---|---|

**26. INVOICE**

| Number and Date of Order | Date of Delivery or Service | Articles of Service(s) | Transcript Type | Quantity | Unit Price Cost | Per | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

Payee Signature: _____    Date: _____    *No payments should be made unless expenses are itemized.

**27. CERTIFICATION**
*I certify that these goods and/or services were received on _____ (date) and accepted on _____ (date). Oral purchase was authorized and no confirming order has been issued."*

_____    _____
SIGNATURE                                              DATE

Printed or Typed Name and Title: _____

ORIGINAL – Finance        COPY – Originating Office                                                FIN-1 07/14

# **DECLARATION OF CUSTODIAN OF RECORDS**

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____ .
*(name of declarant)*

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration. I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #TR20231011108344 dated October 11, 2023, signed by Assistant United States Attorney <u>Michael Gordon</u>, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____
*(Brief description of type of documents being subpoenaed)*
_____ responsive to the subpoena. I understand how these responsive documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .
*(date)*

_____
*(signature of declarant)*

_____
*(name and title of declarant)*

_____
*(name of business)*

_____
*(business address)*

_____
*(business address)*

<u>Definitions of terms used above</u>:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit